**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: TRELOAR, JAMES S.                    § Case No. 12-15773
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $346,700.00                 Assets Exempt: $36,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,990.00    Claims Discharged
                                              Without Payment: $43,018.38

Total Expenses of Administration: $1,610.00

---

   3) Total gross receipts of $ 8,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,600.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,610.00 | 1,610.00 | 1,610.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 50,008.38 | 50,008.38 | 6,990.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $51,618.38 | $51,618.38 | $8,600.00 |

4) This case was originally filed under Chapter 7 on April 18, 2012. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/14/2013          By: /s/Brian Audette
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Audi A6 | 1129-000 | 8,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 1,610.00 | 1,610.00 | 1,610.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,610.00** | **$1,610.00** | **$1,610.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 20,180.18 | 20,180.18 | 2,820.72 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 7,687.60 | 7,687.60 | 1,074.55 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 719.20 | 719.20 | 100.53 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 645.92 | 645.92 | 90.28 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 20,775.48 | 20,775.48 | 2,903.92 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $50,008.38 | $50,008.38 | $6,990.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15773  
**Case Name:** TRELOAR, JAMES S.

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/18/12 (f)  
**§341(a) Meeting Date:** 06/20/12

**Period Ending:** 06/14/13

**Claims Bar Date:** 12/28/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1017 Rene Court, Park Ridge, IL 60068, Townhouse<br>Imported from original petition Doc# 1 | 325,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Chase Bank<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | ComEd utility security deposit<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Used household goods, furnishings, electronics<br>Imported from original petition Doc# 1 | 3,000.00 | 1,200.00 | | 0.00 | FA |
| 5 | Books, pictures, DVDs<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. Jewelry<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance through employer<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | IRA Retirement Account<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | 401(K) Retirement Plan<br>Imported from original petition Doc# 1 | 12,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Audi A6<br>Imported from original petition Doc# 1 | 12,000.00 | 9,600.00 | | 8,600.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$358,700.00** | **$12,300.00** | | **$8,600.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee's Final Report is scheduled for April 30, 2013.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013      **Current Projected Date Of Final Report (TFR):** December 31, 2013

Printed: 06/14/2013 03:09 PM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-15773  
**Case Name:** TRELOAR, JAMES S.  

**Taxpayer ID #:** **-***8478  
**Period Ending:** 06/14/13  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/12 | {11} | James S Treloar | | 1129-000 | 8,600.00 | | 8,600.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033023288 20130103 | 9999-000 | | 8,600.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,600.00 | 8,600.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,600.00 | |
| | | | **Subtotal** | | 8,600.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,600.00** | **$0.00** | |

{} Asset reference(s)                                    Printed: 06/14/2013 03:09 PM    V.13.13

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-15773  
**Case Name:** TRELOAR, JAMES S.  

**Taxpayer ID #:** **-***8478  
**Period Ending:** 06/14/13  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****788966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8,600.00 | | 8,600.00 |
| 05/01/13 | 10101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $1,610.00, Trustee Compensation; Reference: | 2100-000 | | 1,610.00 | 6,990.00 |
| 05/01/13 | 10102 | FIA CARD SERVICES, N.A. | Dividend paid 13.97% on $20,180.18; Claim# 1; Filed: $20,180.18; Reference: | 7100-000 | | 2,820.72 | 4,169.28 |
| 05/01/13 | 10103 | FIA CARD SERVICES, N.A. | Dividend paid 13.97% on $7,687.60; Claim# 2; Filed: $7,687.60; Reference: | 7100-000 | | 1,074.55 | 3,094.73 |
| 05/01/13 | 10104 | American Express Centurion Bank | Dividend paid 13.97% on $719.20; Claim# 3; Filed: $719.20; Reference: | 7100-000 | | 100.53 | 2,994.20 |
| 05/01/13 | 10105 | Capital One Bank (USA), N.A. | Dividend paid 13.97% on $645.92; Claim# 4; Filed: $645.92; Reference: | 7100-000 | | 90.28 | 2,903.92 |
| 05/01/13 | 10106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 13.97% on $20,775.48; Claim# 5; Filed: $20,775.48; Reference: | 7100-000 | | 2,903.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,600.00 | 8,600.00 | $0.00 |
| | | | Less: Bank Transfers | | 8,600.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,600.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $8,600.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******42-66** | 8,600.00 | 0.00 | 0.00 |
| **Checking # ****788966** | 0.00 | 8,600.00 | 0.00 |
| | $8,600.00 | $8,600.00 | $0.00 |

{} Asset reference(s)